# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW BALAGUER, MARK BALAGUER, and REINA ROBERTS,<br><br>Plaintiffs,<br><br>v.<br><br>SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No.   2:14-cv-06823-CBM-(MRWx)<br><br>**ORDER GRANTING THE PARTIES STIPULATION REGARDING SETTLEMENT AND DISMISSAL OF ACTION [JS-6]**<br><br>**JUDGE:  Hon. Consuelo B. Marshall**<br><br>Complaint Filed:   September 2, 2014<br>Trial Date:            None |

The Parties Stipulation Regarding Settlement and Dismissal of this Action is hereby granted.

Dated: January 6, 2016

_____
Honorable Judge Consuelo B. Marshall
United States District Judge

006148.00013
13647404.1

ORDER